# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEREMY BANEY, : No. 114 MAP 2014
:
        Appellant :
:
:
:
        v. :
:
:
:
CLERK OF COURT AND COURT :
ADMINISTRATOR OF CLINTON :
COUNTY, :
:
        Appellees :

## ORDER

**PER CURIAM**                                 **DECIDED: June 15, 2015**

    **AND NOW**, this 15th day of June, 2015, the order of the Commonwealth Court is

**AFFIRMED**.